**SO ORDERED.**

**SIGNED this 7 day of December, 2011.**



_____
John T. Laney, III
**Chief United States Bankruptcy Judge**


IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION


In re:  Pedro Burgos,                *        Chapter 13
                                     *
        Debtor.                      *        Case No. 11-41301jtl


ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

IT IS ORDERED that the debtor(s) may pay the filing fees according to the following terms:

| | |
|---|---|
| $ 75.00 | at the filing of this petition. |
| $103.00 | on or before January 6, 2012 |
| $103.00 | on or before February 6, 2012 |

**Debtor(s) shall make the payments to: Clerk of Court, One Arsenal Place, 901 Front Avenue, Suite 310, P.O. Box 2147, Columbus, Georgia 31902-2147 (NO PERSONAL CHECKS).**

IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

SO ORDERED.