UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| IN RE: | CHAPTER 13 |
|---|---|
| | Case Number: 11-41301-JTL |
| Pedro Jose Burgos 3115 Mercury Drive Columbus, GA 31906 | |

NOTICE OF MOTION TO DISMISS CHAPTER 13 CASE

The Chapter 13 Trustee, Kristin Hurst, has filed papers with the  United States Bankruptcy Court P.O. Box 2147, Columbus, GA 31902, (706) 649 - 7837, to dismiss your Chapter 13 case pursuant to 11 U.S.C. Section 1307.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to dismiss or if you want the court to consider your views on the motion, then you and your attorney must:

Attend the hearing scheduled to be held on February 10, 2012  11:00 am , in the United States Bankruptcy Court, located at:

One Arsenal Place, Suite 309
901 Front Avenue
Columbus, GA

If you and your attorney do not take this step, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

This 4 day of January 2012.


/s/  T. Michael Jones

T. Michael Jones GA Bar No. 403890 for
CHAPTER 13 TRUSTEE
P.O. Box 1907
Columbus, GA 31902Phone (706) 327-4151

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

IN RE:                                                      CHAPTER 13

                                                           Case Number: 11-41301-JTL

Pedro Jose Burgos
3115 Mercury Drive
Columbus, GA 31906

### MOTION TO DISMISS CHAPTER 13 CASE

Now comes the Standing Chapter 13 Trustee and pursuant to 11 U.S.C. Sections 105, 109 and 1307, FRBP 1017 and FRBP 9014, shows the following:

That the undersigned is the duly appointed, qualified and acting Trustee in the above referenced case.

The debtor (s) have failed to receive an individual or group briefing from an approved nonprofit budget and credit counseling agency during the 180 - day period preceding the date of filing the petition.

WHEREFORE, the Trustee prays that the debtor's (s') Chapter 13 case be dismissed.

This 4 day of January 2012.

/s/  T. Michael Jones

T. Michael Jones GA Bar No. 403890 for
CHAPTER 13 TRUSTEE
P.O. Box 1907
Columbus, GA 31902Phone (706) 327-4151

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a true and correct copy of the within and foregoing document  (1) via electronic notice to parties who are ECF Filers and Consenting Users, (2) via electronic notice to ECF Filers and Consenting Users who represent parties, or (3) depositing it in the United States mail with first class postage attached thereto to all other interested parties not served by electronic means at their addresses shown below.

Pedro Jose Burgos                              Pro Se
3115 Mercury Drive
Columbus,GA 31906                              (Counsel for Debtor)

(Debtor)

This 4 day of January 2012.

/s/  T. Michael Jones

T. Michael Jones GA Bar No. 403890 for
CHAPTER 13 TRUSTEE
P.O. Box 1907
Columbus, GA 31902Phone (706) 327-4151