# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA

IN RE:                                    *

                                              CASE NO.: 11-41301

**PEDRO BURGOS,**                         *

                                              CHAPTER 13

  Debtor                                  *

## OBJECTION TO CONFIRMATION

Comes now, MEA FEDERAL CREDIT UNION, a secured creditor in the above styled case, and files its Objection to Confirmation of the Debtor's plan as follows:

1. MEA FEDERAL CREDIT UNION has a security interest in a the following property: 2008 Chevrolet Malibu (VIN: 1G1ZH57B48F197812);

2. Debtor failed to list the correct amount due and correct value of secured collateral in Schedule D of the Bankruptcy Petition;

3. The amount due to MEA FEDERAL CREDIT UNION is $9,770.21 and the value of the collateral is $10,955.00 (according to NADA Official Used Car Guide); and

4. Debtor failed to list MEA FEDERAL CREDIT UNION in the Chapter 13 Plan and therefore, MEA FEDERAL CREDIT UNION's interest is not adequately protected.

WHEREFORE, the Movant objects to confirmation of the Debtor's plan as proposed.

                                              s/Ron S. Iddins
                                              RON S. IDDINS
                                              Attorney at Law
                                              P.O. Box 503
                                              Columbus, GA 31902
                                              (706) 324-0349
                                              Georgia Bar No.: 381950
                                              Attorney for Creditor

# CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and correct copy of the above and foregoing Objection to Confirmation was forwarded to all parties of interest as listed below or attached hereto via First Class, U.S. Mail, postage prepaid (unless otherwise indicated) on this the 23rd day of January, 2012.

Trustee:
Ms. Kristin Hurst
Office of the Chapter 13 Trustee
P.O. Box 1907
Columbus GA 31902

Debtor:
Pedro Burgos
7440 McKee Rd.
Upatoi GA 31829

Creditor:
Attn: Peter Finnerty
MEA Federal Credit Union
6333 Whitesville Rd.
Columbus GA 31904

s/Ron S. Iddins
RON S. IDDINS
Attorney at Law
P.O. Box 503
Columbus, GA 31902
(706) 324-0349
Georgia Bar No.: 381950
Attorney for Creditor