# RPS FINANCIAL

**2528**

| Deductions | this pay period | year to date |
|---|---|---|
| Salary | 750.00 | 750.00 |
| Social Security Tax | 31.50 | 31.50 |
| Medicare Tax | 10.88 | 10.88 |
| Ga State Income Tax | 5.25 | 5.25 |
| Federal Income Tax | | |
| **Commissions** | | |
| Net Pay | 702.38 | 702.38 |

**DATE** 9/30/2011

Pedro Burgos
7440 McKee Road
Upatoi, Ga  31829

**RPS FINANCIAL**

## 2544

| Deductions | this pay period | year to date |
|---|---|---|
| Salary | 750.00 | 1,500.00 |
| Social Security Tax | 31.50 | 63.00 |
| Medicare Tax | 10.88 | 21.75 |
| Ga State Income Tax | 5.25 | 10.50 |
| Federal Income Tax | | |
| **Commissions** | | |
| Net Pay | 702.38 | 1,404.75 |

Pedro Burgos
7440 McKee Road
Upatoi, Ga 31829

DATE 10/14/2011

**RPS FINANCIAL**

## 2563

| Deductions | this pay period | year to date |
|---|---|---|
| Salary | 750.00 | 2,250.00 |
| Social Security Tax | 31.50 | 94.50 |
| Medicare Tax | 10.88 | 32.63 |
| Ga State Income Tax | 5.25 | 15.75 |
| Federal Income Tax | | |
| **Commissions** | | |
| Net Pay | 702.38 | 2,107.13 |

Pedro Burgos
7440 McKee Road
Upatoi, Ga 31829

DATE 10/31/2011

## RPS FINANCIAL

### 2579

| Deductions | this pay period | year to date |
|---|---|---|
| Salary | 750.00 | 3,000.00 |
| Social Security Tax | 31.50 | 126.00 |
| Medicare Tax | 10.88 | 43.50 |
| Ga State Income Tax | 5.25 | 21.00 |
| Federal Income Tax | | |
| **Commissions** | | |
| Net Pay | 702.38 | 2,809.50 |

Pedro Burgos
7440 McKee Road
Upatoi, Ga  31829

DATE 11/15/2011

## RPS FINANCIAL

### 2590

| Deductions | this pay period | year to date |
|---|---|---|
| Salary | 750.00 | 3,750.00 |
| Social Security Tax | 31.50 | 157.50 |
| Medicare Tax | 10.88 | 54.38 |
| Ga State Income Tax | 5.25 | 26.25 |
| Federal Income Tax | | |
| **Commissions** | | |
| Net Pay | 702.38 | 3,511.88 |

Pedro Burgos
7440 McKee Road
Upatoi, Ga  31829

DATE 11/30/2011