UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE:<br>Pedro Jose Burgos<br>3115 Mercury Drive<br>Columbus, GA 31906 | CHAPTER 13<br><br>Case No.  11-41301-JTL |

## NOTICE OF OBJECTION TO EXEMPTIONS

The Chapter 13 Trustee, Kristin Hurst, has filed papers with the United States Bankruptcy Court, P.O. Box 2147, Columbus, GA 31902, (706) 649 - 7837  to disallow your claim of exemptions in your Chapter 13 case pursuant to 11 U.S.C. Section 522, O.C.G.A. Section 44-13-100 and FRBP 4003.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to disallow your claim of exemptions, or if you want the Court to consider your views on the objection, then you or your attorney should:

Attend the hearing scheduled to be held on April 17, 2012 at  9:00 am in the Courtroom, United States Bankruptcy Court located at:

One Arsenal Place, Suite 309
901 Front Avenue
Columbus, GA

If you and your attorney do not take this step, the court may decide that you do not oppose the relief sought in the objection and may enter an order granting that relief.

|  |  |
|---|---|
| T. Michael Jones for<br>Chapter 13 Trustee<br>P.O. Box 1907<br>Columbus, GA 31902<br>Telephone (706) 327-4151 | William E. Tanner, Clerk<br>United States Bankruptcy Court<br>P.O. Box 2147<br>Columbus, GA 31902<br>Telephone (706) 649-7837 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a true and correct copy of the within and foregoing document  (1) via electronic notice to parties who are ECF Filers and Consenting Users, (2) via electronic notice to ECF Filers and Consenting Users who represent parties, or (3) depositing it in the United States mail with first class postage attached thereto to all other interested parties not served by electronic means at their addresses shown below.

|  |  |
|---|---|
| Pedro Jose Burgos<br>3115 Mercury Drive<br>Columbus,GA 31906 | Pro Se<br><br>(Counsel for Debtor) |
| (Debtor) | |

This 9 day of April 2012.

/s/  T. Michael Jones
T. Michael Jones GA Bar No. 403890 for
CHAPTER 13 TRUSTEE
P.O. Box 1907
Columbus, GA 31902

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| In Re: | Pedro Jose Burgos | CHAPTER 13 |
| | 3115 Mercury Drive | |
| | Columbus, GA 31906 | Case No. 11-41301-JTL |
| | XXX-XX-0082 | |

Objection to Exemptions

NOW COMES the Standing Chapter 13 Trustee and shows the following:

The claimed exemptions exceed the amount available under O.C.G.A. Section 44-13-100.

WHEREFORE, the Trustee respectfully requests that the claim of exemption be reduced to the maximum allowable exemption for single filer(s).

This 9 day of April 2012.

/s/ T. Michael Jones
T. Michael Jones GA Bar No. 403890 for
CHAPTER 13 TRUSTEE
P.O. Box 1907
Columbus, GA 31902

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a true and correct copy of the within and foregoing document (1) via electronic notice to parties who are ECF Filers and Consenting Users, (2) via electronic notice to ECF Filers and Consenting Users who represent parties, or (3) depositing it in the United States mail with first class postage attached thereto to all other interested parties not served by electronic means at their addresses shown below. Bank Officers will be noticed via Certified Mail.

Pedro Jose Burgos                                   Pro Se
3115 Mercury Drive
Columbus, GA 31906                                  (Counsel for Debtor)


(Debtor)

This 9 day of April 2012.

/s/ T. Michael Jones
T. Michael Jones GA Bar No. 403890 for
CHAPTER 13 TRUSTEE
P.O. Box 1907
Columbus, GA 31902