UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| In Re:<br>Pedro Jose Burgos<br>3115 Mercury Drive<br>Columbus, GA 31906 | Chapter 13<br><br>Case No: 11-41301-JTL |

## NOTICE OF OBJECTION TO CONFIRMATION

The Chapter 13 Trustee, Kristin Hurst, has filed papers with the United States Bankruptcy Court, P.O. Box 2147, Columbus, GA 31902 (706) 649 - 7837 to deny confirmation of your Chapter 13 plan pursuant to 11 U.S.C. Section 1324.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).

If you do not want the court to deny confirmation, or if you want the court to consider your views on the objection, then you and your attorney must:

Attend the hearing scheduled to be held on April 17, 2012 at 9:00 am in Courtroom, United States Bankruptcy Court, located at:

One Arsenal Place, Suite 309
901 Front Avenue
Columbus, GA

If you and your attorney do not take this step, the court may decide that you do not oppose the relief sought in the objection and may enter an order granting that relief.

This 9 day of April 2012.

/s/ T. Michael Jones

T. Michael Jones GA Bar No. 403890 for
CHAPTER 13 TRUSTEE
P.O. Box 1907
Columbus, GA 31902

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a true and correct copy of the within and foregoing document (1) via electronic notice to parties who are ECF Filers and Consenting Users, (2) via electronic notice to ECF Filers and Consenting Users who represent parties, or (3) depositing it in the United States mail with first class postage attached thereto to all other interested parties not served by electronic means at their addresses shown below.

| | |
|---|---|
| Pedro Jose Burgos<br>3115 Mercury Drive<br>Columbus,GA 31906 | Pro Se<br><br>(Counsel for Debtor) |
| (Debtor) | |

This 9 day of April 2012.

/s/ T. Michael Jones

T. Michael Jones GA Bar No. 403890 for
CHAPTER 13 TRUSTEE
P.O. Box 1907
Columbus, GA 31902

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| In Re:<br>Pedro Jose Burgos<br>3115 Mercury Drive<br>Columbus, GA 31906 | Chapter 13<br><br>Case No: 11-41301-JTL |

### OBJECTION TO CONFIRMATION

Now comes the Standing Chapter 13 Trustee and shows the following:

The plan, as proposed, fails to provide treatment for all secured creditors.

The plan, as proposed, does not meet the best interests of creditors test.

The plan, as proposed, cannot be completed within five years.

The Trustee requests the Debtor file a Modified Plan using the standard form format.

The Trustee requests the Debtor amend his Schedules to disclose his ownership interest and value of that interest in all entities, including without limitations, Premier Plus, Inc.

WHEREFORE, the Trustee prays that confirmation of the Chapter 13 case be denied.

This 9 day of April 2012.

/s/ T. Michael Jones

T. Michael Jones GA Bar No. 403890 for
CHAPTER 13 TRUSTEE
P.O. Box 1907
Columbus, GA 31902

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a true and correct copy of the within and foregoing document (1) via electronic notice to parties who are ECF Filers and Consenting Users, (2) via electronic notice to ECF Filers and Consenting Users who represent parties, or (3) depositing it in the United States mail with first class postage attached thereto to all other interested parties not served by electronic means at their addresses shown below.

Pedro Jose Burgos                                           Pro Se
3115 Mercury Drive
Columbus,GA 31906                                           (Counsel for Debtor)


(Debtor)

This 9 day of April 2012.

/s/ T. Michael Jones

T. Michael Jones GA Bar No. 403890 for
CHAPTER 13 TRUSTEE
P.O. Box 1907
Columbus, GA 31902