UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

FILED
U.S. BANKRUPTCY COURT
2012 JUN 26 AM 8:45
MIDDLE DISTRICT OF GEORGIA
COLUMBUS

IN RE:  
PEDRO BURGOS,  
    Debtor

Case No: 11-41301-JTL  
Chapter 13

MOTION TO CONVERT CHAPTER 13 TO CHAPTER 7

Comes now PEDRO BURGOS (Debtor) pro se, requesting this Honorable Court to convert my Chapter 13 filing to a Chapter 7.

DATE: June 26, 2012

By: _____  
PEDRO BURGOS  
3115 MERCURY DR  
COLUMBUS, GA 31906  
706-332-6881