# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| PEDRO JOSE BURGOS | : | BANKRUPTCY CASE |
| | : | NO. 11-41301 JTL |
| | : | |
| | : | CHAPTER 7 |
| Debtor. | : | |

## WITHDRAWAL OF TRUSTEE'S OBJECTION TO MOVANT'S MOTION FOR RELIEF FROM STAY

Chapter 7 Trustee Walter W. Kelley filed an objection to Wells Fargo Bank's Motion for Relief from Stay in the above-referenced case. The objection, which was filed on July 19, 2012, appears at docket number 70.

The Trustee objected on the grounds that the hearing on Wells Fargo's motion was scheduled to occur before the 341(a) Creditor Meeting. The Trustee and Wells Fargo have now resolved that issue. **Accordingly, the Trustee withdraws his objection to the motion.**

/s/ David S. Ballard
David S. Ballard
Attorney for Chapter 7 Trustee
GA State Bar No. 635107
Kelley, Lovett, & Blakey, P.C.
P.O. Box 70879
Albany, Georgia  31708
Tel: (229) 888-9128
dballard@kelleylovett.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| PEDRO JOSE BURGOS | : | BANKRUPTCY CASE |
| | : | NO. 11-41301 JTL |
| | : | |
| | : | CHAPTER 7 |
| Debtor. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that I served the following parties with a true and correct copy of **Withdrawal of Trustee's Objection to Movant's Motion for Relief from Stay**. Those not served by the court's electronic filing system were served by electronic mail or U.S. First Class Mail with adequate postage affixed to ensure delivery on this 28th day of August, 2012.

Mr. Pedro Jose Burgos
3115 Mercury Drive
Columbus, GA 31906

Brandi R. Lesesne, Esq.
Attorney for Movant
Johnson & Freedman, LLC
1587 Northeast Expressway
Atlanta, GA 30329

Elizabeth A. Hardy, Esq.
Assistant U.S. Trustee
ustp.region21.mc.ecf@usdoj.gov

/s/ David S. Ballard
David S. Ballard
Attorney for Chapter 7 Trustee Walter W. Kelley
GA State Bar No. 635107
Kelley, Lovett, & Blakey, P.C.
P.O. Box 70879
Albany, Georgia  31708
(229) 888-9128
dballard@kelleylovett.com