

**SO ORDERED.**

**SIGNED this 30 day of August, 2012.**

_____
**John T. Laney, III
Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Chapter 7 |
| Pedro Jose Burgos, ) | |
| ) | Case No.: 11-41301-JTL |
|     Debtor ) | |
| Wells Fargo Bank, N.A., as Trustee for ) | |
| Option One Mortgage Loan Trust 2003-1, ) | |
| Asset-Backed Certificates, Series 2003-1, ) | |
| ) | |
|     Movant ) | |
| ) | |
| v. ) | |
| ) | |
| Pedro Jose Burgos, Debtor ) | |
| Walter W Kelley, Trustee ) | |
| ) | |
|     Respondents ) | |

**ORDER ON MOTION FOR RELIEF FROM STAY**

      The above matter came on for hearing before the Court pursuant to the creditor's Motion for Relief from Stay. Debtor filed pleadings in opposition to the Motion. Following a full hearing, and for good cause having been shown,

      IT IS HEREBY FOUND that Movant's security interest in the real property of the Debtor located at 7440 McKee Road, Upatoi, Georgia is not adequately protected. Therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Movant, its successors and assigns, should be and hereby is granted relief from the automatic stay imposed by 11 U.S.C. § 362(a), and Movant, its successors and assigns, is hereby authorized to proceed with the exercise of its private power of sale and to foreclose under its security deed and the appropriate state statutes.

FURTHER ORDERED that upon the completion of the foreclosure sale, any funds in excess of the payoff due to Movant under its note and security deed shall be paid to the Trustee for the benefit of the estate.

( )    (This paragraph applies only if checked). This order shall become effective immediately upon entry.

**END OF DOCUMENT**

ORDER PREPARED AND
SUBMITTED BY:

/s/ Ernest Kirk, II
Ernest Kirk, II
State Bar No. 423500
Denney, Pease, Allison & Kirk
P. O. Box 2648
Columbus, Georgia 31902-2648
(706) 324-3711

## **DISTRIBUTION LIST**

Ernest Kirk, II, Esq.
Denney, Pease, Allison & Kirk
P. O. Box 2648
Columbus, Georgia  31902-2648