

**SO ORDERED.**

**SIGNED this 5 day of November, 2012.**

_____
John T. Laney, III
**Chief United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| In re: | * | Chapter 7 |
| Pedro Jose Burgos, | * | |
| | * | Case Number: 11-41301 jtl |
| Debtor | * | |

ORDER GRANTING APPROVAL OF REAFFIRMATION AGREEMENT

The Court held a hearing on November 5, 2012 with regard to a reaffirmation agreement filed on August 20, 2012 by pro se debtor, Pedro Jose Burgos, in this case with MEA Federal Credit Union in the amount of $8,095.02. The Debtor advised the Court that he agreed that the words "without recourse" should be stricken beside his signature on the Reaffirmation Agreement. Therefore, those two words are stricken from the Reaffirmation Agreement. The Court informed the Debtor as required by 11 U.S.C. §524(d)(1). The evidence shows that Debtor is fully informed and voluntarily entered into the Agreement and is in the best interest of the Debtor. Therefore, the Reaffirmation Agreement between the pro se debtor, Pedro Jose Burgos, and MEA Federal Credit Union in the amount of $8,095.02 is approved.

SO ORDERED.